ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Maven Engineering Corporation | ) ASBCA No. 62658 |
| | ) |
| Under Contract No. SPE5E8-18-P-3495 | ) |

APPEARANCES FOR THE APPELLANT:     Andrew J. Mohr, Esq.
C. Kelly Kroll, Esq.
Michelle E. Litteken, Esq.
  Morris, Manning & Martin, LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Steven C. Herrera, Esq.
J. Maxwell Carrion, Esq.
  Trial Attorneys
  DLA Troop Support
  Philadelphia, PA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 8, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62658, Appeal of Maven Engineering Corporation, rendered in conformance with the Board's Charter.

Dated:  January 8, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals